IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIC FRESH GLOBAL, INC., | CASE NO. CV F 07-0444 LJO WMW |
| Plaintiff, | **ORDER TO TRANSFER ACTION** |
| vs. | |
| KOOL PAK, LLC, | |
| Defendant. | |

Based on the parties' stipulation and good cause, this Court TRANSFERS this action to the United States District Court for the District of Oregon.  This Court further:

1. DIRECTS the clerk to take necessary action to transfer this action to the United States District Court for the District of Oregon; and

2. VACATES all pending dates before this Court, including the August 29, 2007 schduling conference.

IT IS SO ORDERED.

**Dated:   July 27, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1